

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00933-CV

**IN THE INTEREST OF G.I.P., ET AL.**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02526
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED. Counsel's motion to withdraw is DENIED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under TEX. R. APP. P. 20.

SIGNED May 1, 2019.

_____
Irene Rios, Justice